UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ERNESTO CORREA RAMIREZ,<br><br>Defendant. | Case No. 3:23-cr-798-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |
|---|---|

Good cause appearing and based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above-entitled case against defendant Carlos Ernesto Correa Ramirez.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 17, 2023.

_____
The Honorable Marilyn L. Huff
United States District Judge